

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2019

No. 04-18-00879-CR

Richard **CASAREZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR2561
Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

The trial court originally appointed Dean A. Diachin of the Bexar County Public Defender's Office to represent appellant on appeal. Thereafter, apparently due to an excess amount of work pending in the Bexar County Public Defender's Office, the trial court appointed Edward F. Shaughnessy III to represented appellant on appeal. In light of the trial court's order, Mr. Diachin has filed in this court a motion to withdraw as counsel for appellant. Based on the trial court's order appointing Mr. Shaughnessy as counsel, we **GRANT** the motion to withdraw and **ORDER** the clerk's office of this court to update our court records to show Mr. Shaughnessy as appointed appellate counsel for appellant.

We further **order** the clerk's office to serve a copy of this order on Mr. Diachin, Mr. Shaughnessy, counsel for the State, and court reporter Angeliz Rivera.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2019.



KEITH E. HOTTLE,
Clerk of Court